JS-6

# UNITED STATES DISTRICT COURT
# CENTRALDISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON J. RAMIREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION; a corporation; DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01949 RGK (ASx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND DISMISSAL WITH PREJUDICE** |

On December 15, 2017, Plaintiff RAMON J. RAMIREZ along with Defendants U.S. BANK, N.A., and NATIONAL DEFAULT SERVICING CORPORATION, entered into a stipulation pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By the stipulation, the Parties agreed that the above-entitled action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to the same, the Court hereby makes the following order:

**IT IS HEREBY ORDERED** that:

1. This entire action is dismissed with prejudice.
2. Each party is to bear its own fees and costs.

Dated: December 19, 2017  
_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE